

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

**BROOKLYN OFFICE**
225 Cadman Plaza East
Brooklyn, New York  10312
(718) 613-2332

**DOUGLAS C. PALMER**
CLERK of Court

Clerk of Court
Arkansas Western

Re: MDL  1720   In Re: PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION

Transfer of your Civil Case No. 14−05101

Case Title: Wal−Mart Stores, Inc. et al v. Visa U.S.A. Inc. et al

Dear Sir/Madam:

An order having been made by the Judicial Panel on Multi-district Litigation transferring the above-numbered case to this district and assigning  Judge John Gleeson  to preside over this litigation, we are transmitting herewith a certified copy of the conditional transfer order from the MDL Panel. We have assigned the following case number to this case: 14 CV 2318(JG)(JO) .
Please include reference to this case number when the case file is sent to this district.

Please electronically send the case file to InterdistrictTransfer_NYED@nyed.uscourts.gov
We would appreciate receiving the case file as soon as possible. Thank you for your cooperation.

Very truly yours,
Clerk, U.S. District Court

By AUGUST MARZILIANO
Deputy Clerk